UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| LAURA MATTHIES, | ) |
| Plaintiff, | ) ) ) |
| v. | )  CAUSE NO.: 2:23-cv-138 |
| THE TRUSTEES OF PURDUE UNIVERSITY a/k/a PURDUE UNIVERSITY NORTHWEST, | ) ) ) ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by respective counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this lawsuit with prejudice. The parties shall bear her/its own costs and attorneys' fees.

Attorneys for Plaintiff                                              Attorneys for Defendant


/s/ Bradley L. Wilson                                               /s/ Colleen E. Schade (w/ permission)
Bradley L. Wilson                                                    John R. Maley
Shannon L. Melton                                                   Colleen E. Schade
Wilson Melton, LLC                                                   Barnes & Thornburg, LLP
5226 South East Street, Suite A-5                          11 South Meridian Street
Indianapolis, Indiana 46227                                    Indianapolis, Indiana 46204